COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-415-CV

IN RE EDDIE EDINGTON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

Relator Eddie Edington seeks a writ of mandamus to compel the trial court judge to vacate the order recusing Judge Hagler.  An order granting a motion to recuse is not reviewable.  Tex. R. Civ. P. 18a(f);  
Dist. Judges of Collin County v. Comm’rs Court of Collin County
, 677 S.W.2d 743, 745 (Tex. App.—  Dallas 1984, writ ref’d n.r.e.).  Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED:  November 26, 2008

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.